UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

– v. –

LEONARDO ZULUAGA DUQUE,
   a/k/a "Rey,"
ERICA MILENA LOPEZ ORTIZ,
FELIPE ESTRADA ECHEVERRY,
   a/k/a "Pepe,"
ALEXANDER EGIDIO AREIZA
CEBALLOS, and
ADRIAN FERNANDO AREIZA
CEBALLOS,

                      Defendants.

**Unsealing Order**

**S1 24 Cr. 133**

---

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Jennifer N. Ong;

      It is found that the Superseding Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

      ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
            May 2, 2024

                                                   HONORABLE BARBARA MOSES
                                                   UNITED STATES MAGISTRATE JUDGE
                                                   SOUTHERN DISTRICT OF NEW YORK