UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

– v. –

MAXIMILIEN DE HOOP CARTIER,
   a/k/a "Maximilano de Hoop Cartier,"
   a/k/a "Max Cartier,"
LEONARDO ZULUAGA DUQUE,
   a/k/a "Rey,"
ERICA MILENA LOPEZ ORTIZ,
FELIPE ESTRADA ECHEVERRY,
   a/k/a "Pepe,"
ALEXANDER EGIDIO AREIZA
CEBALLOS, and
ADRIAN FERNANDO AREIZA
CEBALLOS,

           Defendants.

---

**Unsealing Order**

S2 24 Cr. 133

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Jennifer N. Ong;

It is found that the Superseding Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
           May 2, 2024

_____
HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK