UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v. -

MAXIMILIEN DE HOOP CARTIER,
LEONARDO DE JESUS ZULUAGA DUQUE,
ERICA MILENA LOPEZ ORTIZ,
FELIPE ESTRADA ECHEVERRY,
ALEXANDER EGIDIO AREIZA CEBALLOS, and
ADRIAN FERNANDO AREIZA CEBALLOS,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GOVERNMENT'S
FORFEITURE BILL
OF PARTICULARS

S2 24 Cr. 133 (MKV)

Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One, Two, Five, and Six of Indictment S2 24 Cr. 133 (MKV) against MAXIMILIEN DE HOOP CARTIER, LEONARDO DE JESUS ZULUAGA DUQUE, ERICA MILENA LOPEZ ORTIZ, FELIPE ESTRADA ECHEVERRY, ALEXANDER EGIDIO AREIZA CEBALLOS, and ADRIAN FERNANDO AREIZA CEBALLOS, and as alleged in the forfeiture allegations and/or substitute asset provision therein, includes the following amounts of Tether cryptocurrency:

    a. 101,866 USDT currently held in wallet WdGDJMN9GpHTBfd9LqP42m12XZwh5UXx1;

    b. 1,042,757 USDT currently held in wallet TNGhBAHxDe9y4kS5X643Nyjy1sxsaxxNin;

1

      c.   348,910 USDT currently held in wallet TKRJF3wkh6y5GyEpyLxYryezBymbjHWuyz; and

      d.   138,465 USDT currently held in wallet TTNtSdfAhNmRVn1qVbejyARxz7tcKHGeiX

Dated: New York, New York
         May 7, 2024

                                          Respectfully Submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                    By:   /s/_____
                                          JENNIFER N. ONG
                                          Assistant United States Attorney
                                          Telephone: (212) 637-2224