USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MAXIMILIEN DE HOOP CARTIER ET AL.,

Defendants.

24-cr-133 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the Government filed on October 9, 2024. [ECF No. 45]. IT IS HEREBY ORDERED that the status conference scheduled for October 17, 2024 at 11:00 AM is ADJOURNED *sine die*. A status conference is scheduled for December 11, 2024 at 11:30 AM.

On the application of both parties, it is FURTHER ORDERED that, in the interest of justice, all time from today to December 11, 2024 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the parties to continue producing and reviewing discovery, prepare any motions, and discuss a potential resolution without the need for trial. The Defendant consents to the exclusion of time. [ECF No. 45].

**SO ORDERED.**

Date: October 10, 2024
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**