USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MAXIMILIEN DE HOOP CARTIER ET AL.,

Defendants.

24-cr-133 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of two letters from the Defendant. [ECF Nos. 47, 48]. IT IS HEREBY ORDERED that the parties shall appear for a status conference is scheduled for December 5, 2024 at 2:00 PM.

**SO ORDERED.**

**Date: November 18, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**