```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
        --------------------------------:
        UNITED STATES OF AMERICA,        : Docket No.:24-cr-133
                         Plaintiff,      :
             -against-                   :
        LEONARDO de JESUS ZULUAGA        : New York, New York
        DUQUE,                           : July 11, 2025
                         Defendant.      :
        --------------------------------:


               TRANSCRIPT AND STATUS CONFERENCE HEARING
                  BEFORE THE HONORABLE SARAH L. CAVE
                    UNITED STATES MAGISTRATE JUDGE


        APPEARANCES:

        For Plaintiff:       UNITED STATES ATTORNEY'S OFFICE
                             SOUTHERN DISTRICT OF NEW YORK
                             BY:  Jennifer N. Ong, AUSA
                             One St. Andrew's Plaza
                             New York, New York 10007

        For Defendant:       RICHARD PALMA, Esq.
                             225 Broadway - Suite 175
                             New York, New York 10007




        Proceedings recorded by electronic sound recording;
        Transcript produced by transcription service.

            AMM TRANSCRIPTION SERVICE   631.334.1445
```

```
 1              THE DEPUTY CLERK:  Your Honor, this is in
 2    the matter of United States vs Leonardo de Jesus
 3    Zuluaga Duque; 24-CR-133.
 4              Counsel, please state your appearance for
 5    the record.
 6              MS. ONG:  Good afternoon, your Honor.
 7    Jennifer Ong for the government.
 8              THE COURT:  Good afternoon.
 9              MR. PALMA:  Good afternoon, your Honor.
10    Richard Palma for Mr. Zuluaga Duque.
11              THE COURT:  Okay.  Good afternoon.
12              Good afternoon, Mr. Zuluaga Duque.  I'm
13    Magistrate Judge Cave.  Are you able to understand
14    me through the interpreter, sir?
15              THE DEFENDANT:  Yes.
16              THE COURT:  Okay.
17              May I have the date and time of arrest,
18    please, Ms. Ong?
19              MS. ONG:  Yes, your Honor.  Mr. Zuluaga
20    Duque was extradited, and he landed in Westchester
21    County yesterday at approximately 4:30 p.m.
22              THE COURT:  Okay.  Thank you.
23              Mr. Zuluaga Duque, you're here because
24    you're charged with certain crimes in an indictment.
25    And the purpose of this proceeding is to advise you
```

1 | of certain rights that you have, inform you of the
2 | charges against you, consider whether counsel should
3 | be appointed for you, and decide under what
4 | conditions, if any, you may be released pending
5 | trial.
6 |     I'll explain certain constitutional rights
7 | that you have.
8 |     You have the right to remain silent.
9 | You're not required to make any statements.  Even if
10 | you've already made statements to the authorities,
11 | you do not need to make any further statements.
12 | Anything you do say can be used against you.
13 |     You have the right to be released with or
14 | without conditions pending trial, unless I find that
15 | there are no conditions that would reasonably assure
16 | your presence at future court appearances and the
17 | safety of the community.
18 |     If you're not a U.S. citizen, you have the
19 | right to request that a government attorney or law
20 | enforcement official notify a consular officer from
21 | your country that you've been arrested.  In some
22 | cases, a treaty or other agreement may require the
23 | government to give that notice whether you request
24 | it or not.
25 |     You have the right to be represented by an

```
 1    attorney during all court proceedings, including
 2    this one, and during all questioning by the
 3    authorities.  You have the right to hire your own
 4    attorney.  If you cannot afford an attorney, I will
 5    appoint one today to represent you.
 6             Do you understand the rights I've just
 7    summarized, sir?
 8             THE DEFENDANT:  Yes.
 9             THE COURT:  And I understand that you wish
10    for me to appoint counsel.  I have before me a
11    financial affidavit form that you've signed under
12    penalty of perjury.
13             Please be aware you can be charged with
14    perjury for any false statements in the affidavit,
15    and you must tell the Court if there's any change in
16    your financial status.
17             Based on the statements in your financial
18    affidavit, I'll approve the appointment of counsel
19    and Mr. Palma will represent you going forward.
20             A grand jury of this district has returned
21    an indictment against you and others charging you
22    with certain offenses.  And the charges include in
23    Count 6 that from October 2023 until February
24    2024 -- sorry.
25             THE INTERPRETER:  The interpreter requests
```

```
 1    that you please slow down.
 2              THE COURT:  Sorry.
 3              In Count 6 the indictment charges that from
 4    October 2023 until February 2024, you and others
 5    conspired to import cocaine into the United States,
 6    in violation of 21 U.S.C. §§ 961(b)(1)(B) and 963.
 7              Mr. Palma, do you have a copy of the
 8    indictment and have you reviewed it with your
 9    client?
10              MR. PALMA:  Yes, we reviewed it earlier
11    this morning.
12              THE COURT:  Okay.  Did I overlook one of
13    the charges?
14              MS. ONG:  Yes, your Honor.  Mr. Zuluaga
15    Duque is also charged in Count 1.
16              THE COURT:  Okay.
17              Mr. Zuluaga, the indictment also charges
18    you in Count 1 -- you and others in Count 1 from May
19    2023 to November 2023 of conspiring to commit money
20    laundering, in violation of 18 U.S.C.
21    §1956(a)(2)(B)(i).
22              Any other charges, Ms. Ong?
23              MS. ONG:  No, your Honor.
24              THE COURT:  Okay.
25              Mr. Palma, do you have a copy of the
```

```
 1    indictment, and have you reviewed it with your
 2    client?
 3               MR. PALMA:  Yes, I have.
 4               THE COURT:  And does he waive a full
 5    reading of the indictment?
 6               MR. PALMA:  And he does waive a full public
 7    reading of the charges.
 8               THE COURT:  Okay.  Thank you.
 9               And what is the government's position as to
10    bail, detention or release?
11               MS. ONG:  The government would seek
12    detention on the grounds of flight risk and danger
13    to the community.
14               THE COURT:  And Mr. Palma, are you making
15    an application?
16               MR. PALMA:  No, we're consenting to
17    detention at this time.
18               THE COURT:  All right.
19               So, Mr. Zuluaga Duque, you'll be detained.
20    I have before me a medical order that your counsel
21    has filled out.  I will sign this and make sure that
22    it gets to the right people so that you have
23    treatment for your medical conditions.
24               Am I correct that Judge Vyskocil has set a
25    conference for July 15th at 11:00 a.m.?
```

1             MS. ONG:  That's correct, your Honor.
2             THE COURT:  Okay.  So your next court
3    appearance will be on July 15th at 11:00 a.m. in
4    this courthouse in front of Judge Vyskocil.
5             Ms. Ong, anything further today?
6             MS. ONG:  No, your Honor.
7             THE COURT:  Okay.  Thank you.
8             Mr. Palma, anything further?
9             MR. PALMA:  Nothing further.  Thank you
10   very much.
11            THE COURT:  Thank you.
12
13                          0o0
14
15
16
17
18
19
20
21
22
23
24
25

AMM TRANSCRIPTION SERVICE   631.334.1445

```
 1
 2
 3                    C E R T I F I C A T E
 4
 5       I, Adrienne M. Mignano, certify that the
 6   foregoing transcript of proceedings in the case of
 7   USA v. Leonardo de Jesus Zuluaga Duque;
 8   Docket #24CR133 was prepared using digital
 9   transcription software and is a true and accurate
10   record of the proceedings.
11
12
13   Signature    _Adrienne M. Mignano_____
14                ADRIENNE M. MIGNANO, RPR
15
16   Date:     July 12, 2025
17
18
19
20
21
22
23
24
25
```