```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>LEONARDO DE JESUS ZULUAGA DUQUE, FELIPE ESTRADA ECHEVERRY, ALEXANDER EGIDIO CEBALLOS, and ADRIAN FERNANDO AREIZA CEBALLOS,<br><br>Defendants. | 24-cr-133 (MKV)<br><br>**TRIAL SCHEDULING ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

The Court held a status conference today in this case for Defendants Leonardo De Jesus Zuluaga, Felipe Estrada Echeverry, Alexander Egidio Ceballos, and Adrian Fernando Areiza Ceballos. As discussed at the conference:

IT IS HEREBY ORDERED that the Government shall produce the additional discovery it has in its possession that has not yet been produced to all Defendants on or before September 4, 2025.

IT IS FURTHER ORDERED that any previously set motions deadlines for Defendants Leonardo De Jesus Zuluaga, Felipe Estrada Echeverry, Alexander Egidio Ceballos, and Adrian Fernando Areiza Ceballos are ADJOURNED to October 1, 2025. As such, any motions, besides motions to sever, by Defendants Leonardo De Jesus Zuluaga, Felipe Estrada Echeverry, Alexander Egidio Ceballos, and Adrian Fernando Areiza Ceballos are due on or before October 1, 2025. Any opposition from the Government is due on or before October 22, 2025. Replies, if needed, are due on or before October 31, 2025.

IT IS FURTHER ORDERED that trial for Defendants Leonardo De Jesus Zuluaga, Felipe Estrada Echeverry, Alexander Egidio Ceballos, and Adrian Fernando Areiza Ceballos will

commence on January 26, 2026. As the Court stated at the conference the estimated length of trial is one week. The parties are directed to submit all pretrial submissions in accordance with this Court's Individual Rules of Practice in Criminal Cases. *See* Rule 5.

IT IS FURTHER ORDERED that, in the interest of justice, all time from today to January 26, 2026 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendants in a speedy trial in that it will allow Defendants and Defense counsel time to review discovery, evaluate the need for any motions, prepare and file any motions, and prepare for trial or otherwise discuss potential pre-trial resolutions. All Defendants consent to the exclusion of time.

**SO ORDERED.**

Date:  August 27, 2025
       New York, NY

                                         **MARY KAY VYSKOCIL**
                                         **United States District Judge**