# RICHARD PALMA
**ATTORNEY AT LAW**
**225 BROADWAY- SUITE 715**
**NEW YORK, NEW YORK 10007**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/13/2026___

**MEMBER OF THE BAR**
**NEW YORK**

**TEL. (212) 686-8111**
**E-MAIL -  rpalma77@gmail.com**

May 13, 2026

ECF

Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    U.S. v. De Hoop Cartier, et al including Zuluaga Duque, 24 Cr. 133 (MKV).
               Defense request to file Interim voucher.

Dear Judge Vyskocil:

This is a defense request respectfully seeking permission to file an interim CJA 20 voucher in the above-referenced matter.

If there are any questions regarding this request, I am immediately available to Your Honor. My cell phone is 917-751-5754.

Thank you.

Respectfully submitted,

*Richard Palma*

Richard Palma

**Granted. SO ORDERED.**

Date:___5/13/2026___
New York, New York

Mary Kay Vyskocil
United States District Judge