**RICHARD PALMA**
**ATTORNEY AT LAW**
**225 BROADWAY- SUITE 715**
**NEW YORK, NEW YORK 10007**

**MEMBER OF THE BAR**
**NEW YORK**

**TEL. (212) 686-8111**
**E-MAIL - rpalma177@gmail.com**

July 23, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 7/30/2026

ECF

Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: U.S. v. De Hoop Cartier, et al including Zuluaga Duque, 24 Cr. 133 (MKV). First Defense Request to Adjourn Zuluaga Duque's August 19th Sentencing Hearing Opposed by the Government.

Dear Judge Vyskocil:

I write respectfully to make my first such request for a continuance of Mr. Zuluaga Duque's sentencing hearing to October 9, 2026 or any time thereafter convenient to Your Honor and the Government. Yesterday, in the belief that it would work to my client's benefit, I shared with the Government, as professional courtesy, my intent to seek an adjournment of Mr. Zuluaga Duque's sentencing to a date after the similarly situated Ms. Lopez Ortiz's sentencing. The Government informed me that it would oppose such a request. Then, to my surprise, I received ECF notice of Your Honor's order adjourning Ms. Lopez Ortiz's sentencing from August 26 to October 8, 2026. I am unclear as to what prompted it.

Mr. Zuluaga Duque is thus the sole defendant whose plea agreement required him to plead guilty as charged. Because the Government in its unlimited discretion, permitted all his identically charged co-defendants to plead to lesser offenses, one of my principal sentencing arguments will be the need for the Court to avoid unwarranted sentence disparities among defendants who, their plea terms notwithstanding, *committed* similar misconduct. 18 U.S.C. §3553 (a)(6).

Additionally, I'd like to bring to the Court's attention that, after Your Honor's sentencing scheduling order, I was assigned August 5 as an EDNY CJA Duty Day. Probably because it is vacation season, I have been unable to trade my duty date. For this reason alone, I also ask the Court to grant the defense an extension of two days, until Friday, August 7th to file its sentencing memorandum.

Should Your Honor have any questions regarding this request, I am, of course, immediately available at 917-751-5754.

Thank you.

Respectfully submitted,

Richard Palma

Richard Palma

**Granted. SO ORDERED.**
Sentencing in this matter is ADJOURNED to October 14th, 2026 at 11am.

Date: 7/30/26
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge