# EXHIBIT A

## Family Letters

## Translations & Originals

**Medellin, september 26**
**Honorable Mary Kay Vyskocil**
**District Judge for the United States**
**Southern District of New York**

My name is Yulissa Ceballos Calle and I am the wife of Leonardo de Jesus Zuluaga Duque. I write to you to tell you about the man I know and love. I know that you must make a decision of enormous importance and I would like that, while you make it, you would also learn what he has meant in the lives of those next to him.

During the pandemic, when my family went through difficult moments, my husband helped us with food. At a time when so many of us felt uncertainty, he was always watching a necessity as essential as not going hungry in our home. I won't forget what he did for us. His help sustained us during a time in which we needed it.

But his support for my family wasn't limited to that time. My brother went through a process of addiction and rehabilitation that was very difficult for him and for all of us. My husband helped him with his treatment and was by his side as he struggled to recover, as opposed to turning his back on him. He believed in the possibility that he could come ahead. Today, my brother works and has rebuilt his life. I feel profoundly proud of the effort he made and also grateful for the support that my husband gave him when he most needed it. Seeing my brother come ahead is one of the reasons I know how much good my husband can do to another person's life.

Today I have remembered something I've kept to myself. One day, an acquaintance told him that he had nothing to eat. My husband came to fetch me and asked me to come with him to grocery shop for him. He wasn't just moved from what he had heard; he wanted to do something for this person. I remember that moment because it allowed me to see, once more, how he responds to others' suffering. This gesture explains why I say that my husband is a being of light. He has been light for me, for my family, and for many others, he has a way to accompany others that gives them strength to go on. I am perhaps the example who can best tell this: he helped me get ahead, he propelled me to grow and encouraged me to become a professional. He believed in me when I needed that trust and he was by my side while I worked for my goals. Today I look at my path proudly, and in it, I can see the support my husband gave me.

I admire his generosity and also his resilience. I have seen his effort to keep going during difficult times. That is why I think it's important that you can get to know that part of him: that of a man who shares what he has when someone needs it, who worries about his family, and who encourages those he loves to build a better future.

From my place of experience next to him, I don't know my husband as a person who represents a danger to society. I know him as someone who has been capable of alleviating a need, of accompanying someone in his recovery, of extending a hand, and of helping others to grow. I am not asking for my love for him to replace the valuation that is your place to do. I ask you, respectfully, to keep in mind this dimension of his while considering who he is as a human being.

For me, the light of a person can be recognized in what he does when someone else goes through a dark moment. I saw it in my husband when he helped feed my family. I saw it when he was by my brother's side during one of the most difficult moments in his life. I saw it when he learned that an acquaintance had nothing to eat and he wanted to bring him groceries. And I have seen it in the trust he could transmit to me in helping me to grow, that I could come ahead.

Thank you, honorable Judge for reading my words and allowing me to share this reflection about my husband.

**Respectfully,**
**Yulissa Ceballos**

**Honorable Judge Mary Kay Vyskocil**
**United States District Court**
**Southern District of New York**

Honorable Judge Vyskocil:

Our names are Juan Carlos Zuluaga and Jhoana Zuluaga, and we are the children of Leonardo de Jesus Zuluaga Duque. We write to you with absolute respect in this regard to tell you and share with you, from a place of children love, but also from the deep admiration we feel for our father, who is the man that we know and who has meant so much in our lives.

We don't intend to tell you only from the tie we have with him as children. We want to tell you about him as a human being, as a man, as a father, as a friend, and as counselor, as an example, and as a person with a great sense of duty towards others.

Our father always taught us that a life ought to be built with effort, honesty, education, and work. He instilled in us values such as honor, patience, respect, love for others, and, above all, the kindness to help whomever needs it, without selfishness and from the heart's generosity, thanks to his example we are the individuals we are now.

Our father has left a mark on every person who has had the opportunity to know him. Throughout our lives we have seen him help, advise, accompany, and extend his hand to relatives, friends, and persons who simply got to need it. He has an incredible gift for serving. For him, helping others hasn't been an obligation, but rather a natural way of life.

As my father's oldest, for me, he is not just my father. He is my pride, my admiration, my friend, and the person who I once would like to become. One day I would like to become, even if 50%, the wonderful human being that he is. Many of the values that now represent me are the fruit of his teachings, of his example, and of the manner in which he has always treated those around him.

For me, as his daughter, he has also been my guide and my advisor. He taught me the importance of studying, of educating myself, of working and fighting tirelessly for my dreams. He believed in me, he pushed me to get ahead and he helped me become the professional I am now.

Our relationship with him has always been genuine, transparent, and close. That is why his absence has left a void that we don't know how to fill.

Today, we're both parents. Juan Carlos has two children and I have my first daughter. And since we ourselves became parents, we have understood even more the value that a grandfather has in his grandchildren's lives. It is especially painful for me as my father's youngest daughter that my father was unable to accompany me during one of the most important moments in my life: my pregnancy, the birth of my daughter, and my first months as a mother. His absence during this stage left a very deep void. I would have liked to have him next to me, to listen to his advice, to have his company and share the arrival of his granddaughter with him. And it hurts to know that my daughter is growing unable to enjoy her grandfather, unable to really get to know that man who has been so important for us.

I, as the oldest son, feel deeply grateful to my father, as I will never be able to forget how supportive he was and how much he helped me with my oldest son, Jackob Zuluaga as I was going through personal moments of divorce that were so difficult, he became responsible for Jackob, took him in, and helped him leave addiction behind.

I also wish that my children can grow up having the opportunity to spend time with their grandfather, to hear his stories, to take his advice, and build those memories that we had the fortune of creating during our childhood.

That is why we feel that his absence not only affects us as children. He is also missed in the lives of his grandchildren, of our family, and of so many people who love him and have received something from him in their lives.

In us he had left a vacuum that we are still learning to cope with. But he has also left us something much greater: his teachings, his values, his memories, and the life example that accompanies us every day.

That is why we want to tell you something with absolute sincerity and from a place of knowing what we have left from our father after a whole life by his side:

We don't know our father as a person who represents a danger for society. We know him as a man who represents love, support, family, service, and solidarity. We know him as a person who has been there for us when we have needed him, who has taught us to be better human beings, and who has used his life to help others.

We know that you have a very importance responsibility and we deeply respect your job and the decisions that you must make. We don't intend to replace, with our words, any consideration that corresponds to the Court. We just want to ask you that when assessing the circumstances of our father, you are also able to get to know the human being that exists behind them.

We want you to be able to get to know the father who taught us to work, to study, and to fight for our dreams. The man who taught us to be honest, patient, and respectful. The friend who has been there for so many. The counselor that so many times has helped others find their way. And the human being who, from the kindness of his heart, has always had a genuine disposition to help. For us our father isn't defined solely by the circumstances we're going through today. He is defined by a whole life of love toward his family, of work, of service, of teachings, and positive marks on the people who has had the opportunity to know him.

As his children, we can say with absolute certainty that our father is a good person, a man with a noble heart and honest, and someone who has meant very much for our lives.

We miss him. We miss him as a father, as a friend, as a counselor, and as a fundamental part of our family. And we miss him especially now that our children are growing up and we would like them to be able to get to know and enjoy the grandfather that we know and love.

That is why we respectfully ask that, within your consideration towards our father, you be able to also look at the man we have had the privilege of knowing through all our lives. A man who taught us with his example. A man who taught us to serve. A man who taught us to love family. A man who taught us to fight for our dreams. And, above all, a man whom we have the privilege of calling "dad."

Thank you, Honorable Judge, for taking the time to read our words and for allowing us to share with you a part of what our father means for us and for our family.

With profound respect and warmly,

Juan Carlos Zuluaga Arango
Oldest Son of Leonardo de Jesus Zuluaga Duque
Jhoana Zuluaga
Youngest Daughter of Leonardo de Jesus Zuluaga Duque

**Medellín, 26 de septiembre**
**Honorable Mary Kay Vyskocil**
**Juez del Tribunal de Distrito de los Estados Unidos**
**Distrito Sur de Nueva York**

Mi nombre es Yulissa Ceballos Calle y soy la esposa de Leonardo de Jesús Zuluaga Duque. Le escribo para hablarle del hombre que conozco y amo. Sé que usted debe tomar una decisión de enorme importancia, y quisiera que, al hacerlo, pudiera conocer también lo que él ha significado en su vida de quienes estamos a su lado.

Durante la pandemia, cuando mi familia atravesó momentos difíciles, mi esposo nos ayudó con comida. En una época en la que tantas personas sentíamos incertidumbre, él estuvo pendiente de una necesidad tan esencial como que en nuestra casa hubiera qué comer. Yo no olvido lo que hizo por nosotros. Su ayuda nos sostuvo en un momento en el que necesitábamos.

Pero su apoyo a mi familia no se limitó a esa época. Mi hermano atravesó un proceso de adicción y rehabilitación que fue muy difícil para él y para todos nosotros. Mi esposo lo ayudó con su tratamiento y lo acompañó mientras luchaba por recuperarse, en lugar de darle la espalda. Creyó en la posibilidad de que pudiera salir adelante. Hoy mi hermano trabaja y ha reconstruido su vida. Me siento profundamente orgullosa del esfuerzo que hizo y también agradecida por el apoyo que mi esposo le brindó cuando más lo necesitaba. Ver a mi hermano salir adelante es uno de los motivos por los que sé cuanto  bien puede hacer mi esposo en la vida de otra persona.

Hoy he recordado algo que llevo conmigo. Un día, un conocido le contó que no tenía qué comer. Mi esposo vino a buscarme y me pidió que lo acompañara a hacerle un mercado. No se quedó únicamente conmovido por lo que había escuchado; quiso hacer algo por esa persona. Recuerdo ese momento porque me permitió ver, una vez más, cómo responde él ante el sufrimiento de alguien más. Este gesto explica por qué digo que mi esposo es un ser de luz. Ha sido luz para mí, para mi familia y para la de muchos, él tiene una manera de acompañar a las personas que les da fuerza para seguir adelante. Yo soy, quizás, el ejemplo que mejor puede contarlo: él me ayudó a salir adelante, me impulsó a crecer y me animó a convertirme en una mujer profesional. Creyó en mí cuando yo necesitaba esa confianza y estuvo a mi lado mientras trabajaba por mis metas. Hoy miro mi camino con orgullo, y en él también reconozco el apoyo que mi esposo me dio.

Admiro su generosidad y también su resiliencia. He visto su esfuerzo por seguir adelante frente a las dificultades. Por ello me resulta importante que usted pueda conocer esta parte de él: la del hombre que comparte lo que tiene cuando otra persona lo necesita, que se preocupa por su familia y que alienta a quienes ama a construir un futuro mejor.

Desde mi experiencia a su lado, no conozco a mi esposo como una persona que represente un peligro para la sociedad. Lo conozco como alguien que ha sido capaz de aliviar una necesidad, de acompañar a una persona en su recuperación, de tender la mano y de ayudar a otros a crecer. No le pido que mi amor por él reemplace la valoración que a usted le corresponde hacer. Le pido respetuosamente que tenga presente esta dimensión de él al considerar quién es él como ser humano.

Para mí, la luz de una persona se reconoce en lo que hace cuando alguien más atraviesa un momento oscuro. Yo la vi en mi esposo cuando ayudó a alimentar a mi familia. La vi cuando acompañó a mi hermano en uno de los momentos más difíciles de su vida. La vi cuando supo que un conocido no tenía qué comer y quiso llevarle un mercado. Y la he visto en la confianza que podía transmitir a mí para ayudarme a crecer, que podía salir adelante.

Gracias, honorable jueza, por leer mis palabras y por permitirme compartir esta reflexión de mi esposo.

**Respetuosamente,**
**Yulissa Ceballos**

**Honorable Jueza Mary Kay Vyskocil**
**United States District Court**
**Southern District of New York**

Honorable Jueza Vyskocil:

Nuestros nombres son, Juan Carlos Zuluaga y Jhoana Zuluaga, y somos hijos de Leonardo de Jesús Zuluaga Duque. Con total respeto nos dirigimos a usted para contarle y compartirle, desde el amor de hijos, pero también desde la profunda admiración que sentimos por nuestro padre, quién es el hombre que conocemos y que ha significado tanto para nuestras vidas.

No queremos hablarle únicamente desde el vínculo que tenemos con él como hijos. Queremos hablarle de él como ser humano, como hombre, como padre, como amigo, como consejero, como ejemplo y como una persona con un enorme sentido de servicio hacia los demás.

Nuestro papá siempre nos enseñó que la vida debía construirse con esfuerzo, honestidad, educación y trabajo. Nos inculcó valores como la honorabilidad, la paciencia, el respeto, el amor al prójimo y, sobre todo, la bondad de ayudar a quien lo necesitara, sin egoísmo y desde la generosidad del corazón, gracias a su ejemplo somos las personas que somos hoy.

Nuestro padre ha dejado una huella en cada persona que ha tenido la oportunidad de conocerlo. A lo largo de nuestra vida hemos podido verlo ayudar, aconsejar, acompañar y tenderle la mano a familiares, amigos y personas que simplemente llegaron a necesitarlo. Tiene un don de servicio enorme. Para él, ayudar a los demás no ha sido una obligación, sino una manera natural de vivir.

Es un hombre de corazón noble y sincero, profundamente familiar, trabajador, generoso y dispuesto a servir. Y quienes hemos tenido el privilegio de compartir nuestra vida con él sabemos que su valor como ser humano no está solamente en lo que dice, sino en la manera en que trata a las personas y en las acciones que ha tenido con ellas durante toda su vida.

Como hijo mayor mi papá, para mí, no es solamente mi padre. Es mi orgullo, mi admiración, mi amigo y la persona en la que algún día quisiera convertirme. Algún día quisiera llegar a ser, aunque fuera en un 50 %, el maravilloso ser humano que él es. Muchos de los valores que me representan hoy son fruto de sus enseñanzas, de su ejemplo y de la manera en que siempre ha tratado a quienes lo rodean.

Para mí, como su hija, también ha sido mi guía y mi consejero. Me enseñó la importancia de estudiar, de educarme, de trabajar y de luchar incansablemente por mis sueños. Creyó en mí, me impulsó a salir adelante y me ayudó a convertirme en la mujer profesional que soy hoy.

Nuestra relación con él siempre ha sido genuina, transparente y cercana. Por eso su ausencia ha dejado un vacío que no sabemos cómo llenar.

Hoy ambos somos padres. Juan Carlos tiene dos hijos y yo tengo mi primera hija. Y desde que nosotros mismos nos convertimos en padres, hemos comprendido todavía más el valor que tiene un abuelo en la vida de sus nietos. Es especialmente doloroso para mí como hija menor que mi papá no haya podido acompañarme durante uno de los momentos más importantes de mi vida: mi embarazo, el nacimiento de mi hija y mis primeros meses como madre. Su ausencia durante esa etapa dejó un vacío muy profundo. Hubiera querido tenerlo a mi lado, escuchar sus consejos, recibir su compañía y compartir con él la llegada de su nieta. Y duele saber que mi hija está creciendo sin poder disfrutar de su abuelo, sin poder conocer plenamente a ese hombre que para nosotros ha sido tan importante.

Yo como hijo mayor, me siento profundamente agradecido con mi papá, pues nunca podré olvidar como me apoyó y me ayudó con mi hijo mayor Jackob Zuluaga, cuando yo estaba atravesando por momentos personales de divorcio tan difíciles, él tomó la responsabilidad de Jackob, lo llevó a vivir con él, y lo ayudó a salir del vicio.

También deseo que mis hijos puedan crecer teniendo la oportunidad de compartir con su abuelo, escuchar sus historias, recibir sus consejos y construir esos recuerdos que nosotros tuvimos la fortuna de construir durante nuestra infancia.

Por eso sentimos que su ausencia no solamente nos afecta a nosotros como hijos. También hace falta en la vida de sus nietos, en nuestra familia y en tantas personas que lo quieren y que han recibido algo de él a lo largo de sus vidas.

En nosotros ha dejado un vacío que todavía estamos aprendiendo a sobrellevar. Pero también nos ha dejado algo mucho más grande: sus enseñanzas, sus valores, sus recuerdos y el ejemplo de vida que nos acompaña todos los días.

Por eso queremos decirle algo con absoluta sinceridad y desde el conocimiento que tenemos de nuestro padre después de toda una vida a su lado:

Nosotros no conocemos a nuestro padre como una persona que represente un peligro para la sociedad.
Lo conocemos como un hombre que representa amor, apoyo, familia, servicio y solidaridad. Lo conocemos como la persona que ha estado para nosotros cuando lo hemos necesitado, que nos ha enseñado a ser mejores seres humanos y que ha utilizado su vida para ayudar a otros.

Sabemos que usted tiene una responsabilidad muy importante y respetamos profundamente su labor y las decisiones que debe tomar. No pretendemos sustituir con nuestras palabras ninguna consideración que corresponda a la Corte. Solamente queremos pedirle que, al valorar las circunstancias de nuestro padre, pueda también conocer al ser humano que existe detrás de ellas.

Queremos que pueda conocer al padre que nos enseñó a trabajar, a estudiar y a luchar por nuestros sueños. Al hombre que nos enseñó a ser honestos, pacientes y respetuosos. Al amigo que ha estado para tantas personas. Al consejero que tantas veces ha ayudado a otros a encontrar un camino. Y al ser humano que, desde la bondad de su corazón, siempre ha tenido una disposición genuina para ayudar.
Para nosotros, nuestro papá no se define únicamente por las circunstancias que hoy estamos viviendo. Se define por toda una vida de amor hacia su familia, de trabajo, de servicio, de enseñanzas y de huellas positivas en las personas que han tenido la oportunidad de conocerlo.

Como sus hijos, podemos decir con absoluta certeza que nuestro padre es una buena persona, un hombre de corazón noble y sincero y alguien que ha significado muchísimo para nuestras vidas.
Nos hace falta. Nos hace falta como papá, como amigo, como consejero y como parte fundamental de nuestra familia. Y nos hace falta especialmente ahora que nuestros hijos están creciendo y que quisiéramos que ellos pudieran conocer y disfrutar al abuelo que nosotros conocemos y amamos.

Por eso le pedimos respetuosamente que, dentro de su consideración hacia nuestro padre, pueda mirar también al hombre que nosotros hemos tenido el privilegio de conocer durante toda nuestra vida.
Un hombre que nos enseñó con su ejemplo. Un hombre que nos enseñó a servir. Un hombre que nos enseñó a amar a la familia. Un hombre que nos enseñó a luchar por nuestros sueños. Y, sobre todo, un hombre al que tenemos el privilegio de llamar papá.

Gracias, Honorable Jueza, por tomarse el tiempo de leer nuestras palabras y por permitirnos compartir con usted una parte de lo que nuestro padre significa para nosotros y para nuestra familia.
Con profundo respeto y afecto.

Juan Carlos Zuluaga Arango
Hijo Mayor de Leonardo de Jesús Zuluaga Duque
Jhoana Zuluaga
Hija Menor de Leonardo de Jesús Zuluaga Duque